IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE HERNANDEZ BARRETO,
et al.,

    Plaintiffs,

    v.                                CIVIL NO. 98-1308 (RLA)

ITT WORLD DIRECTORIES, INC.
(PUERTO RICO BRANCH),

    Defendant.

**ORDER REFERRING MOTION TO COURT OF APPEALS**

The Motion Withdrawing Appeal with Prejudice, improvidently filed in this forum by plaintiffs on January 26, 2000 (docket No. 62), is hereby REFERRED to the Court of Appeals for the First Circuit for disposition.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 31st day of January, 2000.

                RAYMOND L. ACOSTA
              United States District Judge

AO 72
(Rev 8/82)